**DISTRICT ATTORNEY**
OF THE
**COUNTY OF NEW YORK**
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000





**ROBERT M. MORGENTHAU**
DISTRICT ATTORNEY

September 27, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/07

Hon. Denny Chin
United States District Court
Southern District of New York
500 Pearl Street, Room 1020
New York, New York 10007-1312

Re: Drake v. Woods
07 Civ. 7015 (DC)

Dear Judge Chin:

**MEMO ENDORSED**

I am an Assistant District Attorney in New York County. I represented the People during petitioner's state criminal appeal, and I will file the respondent's papers in the above-captioned habeas corpus proceeding. The Answer is currently due on October 4, 2007; that was the original response date set by the Court.

I write this letter to request an extension to November 1, 2007, of the date our papers will be filed. I have only recently received petitioner's papers, and my current obligations in the Appellate Division, First Department, will delay my start on this case. However, I expect that this additional time period should be sufficient to allow the preparation of our memorandum of law. I have spoken to Mr. Greenberg, petitioner's counsel, and he has graciously stated that he has no objection to this request.

I thank you for your consideration of this request.

Very truly yours,

Mark Dwyer
Assistant District Attorney

cc: Richard M. Greenberg, Esq.
Office of the Appellate Defender
11 Park Place, Suite 1601
New York, New York 10007

Petitioner's reply papers are now due 11/21/07.
**APPLICATION GRANTED.**
**SO ORDERED**

Denny Chin, U.S.D.J.

9/28/07