**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PARIS DRAKE,

                Petitioner,        07 **CIVIL** 7015 (DC)

   -against-                                **JUDGMENT**

ROBERT WOODS,

                Respondent.        **SCANNED**
-----------------------------------------------------------X

A petition for habeas corpus pursuant to 28 U.S.C. § 2254 having been submitted to the Honorable Denny Chin, United States District Judge, and the Court, on April 10, 2008, having rendered its Opinion denying the petition for a writ of habeas corpus, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated April 10, 2008, the petition for a writ of habeas corpus is denied; the Court finds that because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue; the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Opinion dated April 10, 2008 would not be taken in good faith.

**DATED:** New York, New York
           April 11, 2008

                                              **J. MICHAEL McMAHON**
                                                  Clerk of Court

                      BY:

                                                    Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____