# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # _17_

-----------------------------------------------

## Paris Drake

USCA NO. 08-2336-Pr.

-v-

SDNY NO. 07-cv-07015-DC
JUDGE: Denny Chin
DATE: 6/13/08

## Robert Woods, Superintendent

-----------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _17_
DATE FILED: 6/13/08

### INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _Alan Litwa_
FIRM _Office of the Appellate Defender_
ADDRESS _11 Park Place, Suite_
_New York, NY 10007_
PHONE NO. _212-402-4100_

DISTRICT COURT DOCKET ENTRIES ----------------------------------------------------------

DOCUMENTS                                                                          DOC#

_____

Clerk's Certificate
_____

See Attached List of Numbered Documents
_____

Only Circled Documents Included
_____

## 1 vols.

( ✓ ) Original Record                              (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __13__ Day of __June__, 2008.

**United States District Court for
the Southern District of New York**

-------------------------------------------------------

Paris Drake

-V-

Robert Woods

-------------------------------------------------------

Date: ___6/12/08___

U.S.C.A. # __08 - 2336 - PL__

U.S.D.C. # __07 CV 7015__

D.C. JUDGE: ___DC___

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered ___1___ Through ___16___, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**                    **Document Description**

-------------------------------------------------------
-------------------------------------------------------
-------------------------------------------------------
-------------------------------------------------------
-------------------------------------------------------
-------------------------------------------------------
-------------------------------------------------------
-------------------------------------------------------
-------------------------------------------------------
-------------------------------------------------------
-------------------------------------------------------

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this ___13___ Day of ___June___ In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232nd year.

J. Michael McMahon, Clerk

By _____
         Deputy Clerk

APPEAL, CLOSED, HABEAS

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:07-cv-07015-DC**
**Internal Use Only**

Drake v. Woods
Assigned to: Judge Denny Chin
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 08/06/2007
Date Terminated: 04/11/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 08/06/2007 | 1 | ENDORSEMENT on Declaration in Support of Request to Proceed In Forma Pauperis, I.F.P. REQUEST IS GRANTED. (Signed by Part I Judge Kimba M. Wood on 8/6/2007) (mbe) . (Entered: 08/07/2007) |
| 08/06/2007 | 2 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2254. Document filed by Paris Drake.(mbe) (Entered: 08/07/2007) |
| 08/06/2007 | | Magistrate Judge Frank Maas is so designated. (mbe) (Entered: 08/07/2007) |
| 08/06/2007 | 3 | MOTION for Leave to file his Petition for Habeas Corpus. Document filed by Paris Drake.(mbe) (Entered: 08/07/2007) |
| 08/06/2007 | 4 | MEMORANDUM OF LAW in Support re: 2 Petition for Writ of Habeas Corpus. Document filed by Paris Drake. (mbe) (Entered: 08/07/2007) |
| 09/28/2007 | 5 | ENDORSED LETTER addressed to Judge Denny Chin from Mark Dwyer dated 9/27/07 re: counsel requests an extension to November 1, 2007 of the date reply papers will be filed. ENDORSEMENT: Petitioner's reply papers are now due 11/21/07. (Signed by Judge Denny Chin on 9/28/07) (djc) (Entered: 09/28/2007) |
| 11/01/2007 | 6 | STATE COURT TRANSCRIPT of proceedings in the Supreme Court, County of New York, Case Number 9655-99, held on 7/19/00 before Judge Charles Solomon.(jpo) (Entered: 11/02/2007) |
| 11/01/2007 | 7 | STATE COURT TRANSCRIPT of proceedings in the Supreme Court, County of New York, Case Number 9655-99, held on 11/13/00 before Judge Laura Visitacion-Lewis.(jpo) (Entered: 11/02/2007) |
| 11/01/2007 | 8 | STATE COURT TRANSCRIPT of proceedings in the Supreme Court, County of New York, Case Number 9655-99, held on 11/22/00 before Judge Laura Visitacion-Lewis.(jpo) (Entered: 11/02/2007) |
| 11/01/2007 | 9 | STATE COURT TRANSCRIPT of proceedings in the Supreme Court, County of New York, Case Number 9655-99, held on 10/30/00 before Judge Laura Visitacion-Lewis.(jpo) (Entered: 11/02/2007) |
| 11/01/2007 | 10 | STATE COURT TRANSCRIPT of proceedings in the Supreme Court, County of New York, Case Number 9655-99, held on 11/17/00 before Judge Laura Visitacion-Lewis.(jpo) (Entered: 11/02/2007) |
| 11/01/2007 | 11 | MEMORANDUM OF LAW in Support of Answer to Petitin for a Writ of Habeas Coropus. Document filed by Robert Woods. (djc) (Entered: 11/05/2007) |
| 11/01/2007 | 12 | RESPONSE to Petition for Writ of Habeas Corpus. Document filed by Robert Woods.(djc) (Entered: 11/06/2007) |
| 11/19/2007 | 13 | REPLY MEMORANDUM OF LAW in Support of Petition for Writ of Habeas Corpus. Document filed by Paris Drake. (djc) (Entered: 11/20/2007) |
| 04/10/2008 | 14 | OPINION # 95957: the petition for a writ of habeas corpus is denied. Because petitioner has not made a substantial showing of the denial of a constitutional right, I decline to issue a certificate of appealability I certify pursuant to 28 U.S.C. section 1915(a)(3) that any appeal taken from this decision would not be in good faith. The Clerk of the Court shall is directed to enter judgment accordingly and to close this case. (Signed by Judge Denny Chin on 4/10/08) (pl) Modified on 4/15/2008 (rw). (Entered: 04/10/2008) |
| 04/10/2008 | | Transmission to Judgments and Orders Clerk. Transmitted re: 14 Memorandum & Opinion, to the Judgments and Orders Clerk. (pl) (Entered: 04/10/2008) |
| 04/11/2008 | 15 | CLERK'S JUDGMENT That for the reasons stated in the Court's Opinion dated April 10, 2008, the petition for a writ of habeas corpus is denied; the Court finds that because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue; the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Opinion dated April 10, 2008 would not be taken in good faith. (Signed by J. Michael McMahon, clerk on 4/11/08) (Attachments: # 1 notice of right to appeal)(ml) (Entered: 04/11/2008) |
| 04/14/2008 | | Mailed notice of Right to Appeal to Attorney(s) of Record: Mark Dwyer, Richard M. Greenberg. (ama) (Entered: 04/14/2008) |

| | | |
|---|---|---|
| 05/06/2008 | 16 | NOTICE OF APPEAL from 15 Clerk's Judgment. Document filed by Paris Drake. Copies mailed to attorney(s) of record: District Attorney, NYC. (tp) (Entered: 05/07/2008) |
| 05/06/2008 | | Appeal Remark as to 16 Notice of Appeal filed by Paris Drake. IFP GRANTED. (tp) (Entered: 05/07/2008) |
| 05/07/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 16 Notice of Appeal. (tp) (Entered: 05/07/2008) |
| 05/07/2008 | | Transmission of Notice of Appeal to the District Judge re: 16 Notice of Appeal. (tp) (Entered: 05/07/2008) |