**MANDATE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

S.D.N.Y.-N.Y.C.
07-cv-7015
Chin, J.

# United States Court of Appeals
## FOR THE SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 31st day of July, two thousand eight,

Present:

    Hon. Sonia Sotomayor,
    Hon. Robert A. Katzmann,
    Hon. Reena Raggi,
        *Circuit Judges*.

---

Paris Drake,

    *Petitioner-Appellant*,

v.

                                                                           08-2336-pr

Superintendent Robert Woods,

    *Respondent-Appellee*.

---

Appellant, through counsel, moves for a certificate of appealability and to proceed *in forma pauperis*. Upon due consideration, it is hereby ORDERED that the motions are DENIED and the appeal is DISMISSED because Appellant has not made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c); *Miller-El v. Cockrell*, 537 U.S. 322 (2003).

                                                    FOR THE COURT:
                                                    Catherine O'Hagan Wolfe, Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
    SAO-CMD    DEPUTY CLERK

By: _____

ISSUED AS MANDATE: AUG 2 2 2008